469 A.2d 291

Commonwealth v. Wenrick, Appellant.

Submitted October 7, 1983. Daniel McGee, Public Defender, for appellant; Robert Allan Mix, District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.